**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01208-CR

**ENRIQUE AROCHI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80513-2015**

## ORDER

Before the Court is appellant's July 14, 2017 second motion to extend time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief filed thirty days from the date of this order.

We caution appellant that further requests for extension of time will be disfavored.


/s/     LANA MYERS
          JUSTICE